IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELA J. BROWN,<br>      Plaintiff,<br><br>      v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>      Defendant. | :<br>:<br>:<br>:   CIVIL ACTION<br>:   NO. 11-3251<br>:<br>:<br>:<br>:<br>: |

### ORDER

**AND NOW**, this 1st day of May 2012, after careful review and independent consideration of Plaintiff's request for review, Defendant's response, the Report and Recommendation of United States Magistrate Judge Timothy Rice, the objections to the Report and Recommendation and the response thereto, it is hereby **ORDERED** that:

1. The Objections to Report and Recommendation are **OVERRULED**;

2. The Report and Recommendation is **APPROVED and ADOPTED;**

3. The Plaintiff's request for reversal is **GRANTED**; and

4. The case is **REMANDED** to the Commissioner for further review consistent with the Report and Recommendation and the accompanying Memorandum Opinion pursuant to the fourth sentence of 42 U.S.C. § 405(g).

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**